UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:24-cr-00408-TPB-AAS

PAUL BLEIGNIER

### NOTICE OF CORPORATE VICTIMS

I hereby file this notice pursuant to District Court Judge Kathryn Kimball Mizelle's Order, Doc. 4. At this time, the United States is aware of a single corporate victim of criminal conduct alleged to be wrongful, including any corporate entity who may be entitled to restitution, or other corporate interested parties, that is: Medicare.

Respectfully submitted,

GLENN S. LEON
Chief, Fraud Section
United States Department of Justice

ROGER B. HANDBERG
United States Attorney

*/s/Charles D. Strauss*
Charles D. Strauss
Trial Attorney
United States Department of Justice
Criminal Division, Fraud Section
1400 New York Ave, N.W.
Washington, D.C. 20005
Telephone: (202) 597-0610
Email: charles.strauss@usdoj.gov

U.S. v. Paul Bleignier        Case No. 8:24-cr-00408-TPB-AAS

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

                                       /s/ *Charles D. Strauss*
                                       Charles D. Strauss
                                       Trial Attorney
                                       United States Department of Justice
                                       Criminal Division, Fraud Section
                                       1400 New York Ave, N.W.
                                       Washington, D.C. 20005
                                       Telephone: (202) 597-0610
                                       Email: charles.strauss@usdoj.gov